953 A.2d 760

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. STEVEN
FORTIN, DEFENDANT–RESPONDENT.

July 15, 2008.

It is ORDERED that the motion for leave to appeal is granted.